[No. 532-3.   Division Three.   October 18, 1972.]

STEVEN HITCHCOCK, *Appellant,* v. CIVIL SERVICE COMMISSION, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 20519, W. R. Cole, J., entered September 23, 1971. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Edgerton, J.

[No. 537-2.   Division Two.   October 20, 1972.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY DARNELL MATTHEWS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 40539, William F. LeVeque, J., entered June 11, 1971. *Affirmed* by unpublished per curiam opinion.

[No. 577-3.   Division Three.   October 20, 1972.]

OLD NATIONAL BANK OF WASHINGTON, *Appellant,* v. ED LONG *et al., Respondents.*

Appeal from a judgment of the Superior Court for Stevens County, No. 18135, Delbert R. Scoles, J., entered December 10, 1971. *Affirmed* by unpublished per curiam opinion.

[No. 677-2.   Division Two.   October 30, 1972.]

GEORGE C. RAINS, *Appellant,* v. WILLIAM E. BUCKNELL *et al., Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 19468, Joseph H. Johnston, J., entered February 25, 1971. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Armstrong, JJ.